IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br>2294 Lighthouse Lane<br>Connolly Springs, North Carolina  28612<br><br>           Petitioner<br><br>v.<br><br>JOHN CATALANO<br>1349 Becket Road<br>Eldersburg, Maryland  21704<br><br><u>Serve on</u>:<br><br>William B. Young, Jr., Esq.<br>Colling, Gilbert, Wright & Carter<br>2301 Maitland Center Parkway, Suite 240<br>Maitland, Florida  32751<br><br>and<br><br>THE NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS<br>2nd Floor<br>9509 Key West Avenue<br>Rockville, Maryland  20850<br><br>           Respondents | Civil Action No.:  1:07-CV-00507-RCL<br><br><br><br><br><br><br>**NASD'S RESPONSE TO<br>PETITION TO CONFIRM<br>ARBITRATION AWARD AND<br>CERTIFICATE OF SERVICE** |

      Respondent National Association of Securities Dealers, Inc. ("NASD") here by responds to the Petition to Confirm Arbitration Award as follows:

NASD does not oppose confirmation of the arbitration award or the expungement relief contained herein.

          Respectfully submitted,

          National Association of Securities Dealers, Inc.

Dated: April 5, 2007
      Washington, D.C.

/s/ _____
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
National Association of
Securities Dealers, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
FAX (202) 728-8894

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2007, I sent the below-listed documents by overnight mail, Federal Express, to: George S. Mahaffey, Goodell, DeVries, Leech & Dann, L.L.P., One South Street, 20th Floor, Baltimore, MD 21202, and William B. Young, Jr., Colling, Gilbert, Wright & Carter, 2301 Maitland Center Parkway, Suite 240, Maitland, FL 32751.

1. NASD's Response to Petition to Confirm Arbitration Award and Certificate of Service.

Dated: April 5, 2007
    Washington, D.C.    /s/
                        Terri L. Reicher