CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV )
)
)
)
)
               Plaintiff )   Civil Case Number 07-0507 (RJL)
)
v. )
)   Category    E
JOHN CATALANO, et al. )
)
)
)
               Defendant )
)

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on November 2, 2007 from Judge Royce C. Lamberth to Judge Richard J. Leon by direction of the Calendar Committee.

(Reassigned as related to 07cv0334)

                                              JUDGE ELLEN S. HUVELLE
                                              Chair, Calendar and Case
                                              Management Committee

cc:   Judge Lamberth & Courtroom Deputy
        Judge Leon & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk ✓